08 CV 5325

BADIAK & WILL, LLP
Attorneys for Plaintiff
106 Third Street
Mineola, New York 11501
(516) 877-2225
Ref. No.: 07-F-042 -JK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
JUN 1 1 2008
U.S.D.C. S.D. N.Y.
CASHIERS

-------------------------------------------------------------------

ST. PAUL FIRE AND MARINE INSURANCE        08 Civ. (   )
COMPANY a/s/o Mover's Inc.,

                        Plaintiff,        **Rule 7.1 Statement**

-against-

DELTA AIR LINES, INC.,

                        Defendant.

-----------------------------------------------------------------------X

PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL OF RECORD FOR PLAINTIFF, **DELTA AIR LINES, INC.**, A PRIVATE (NON-GOVERNMENTAL) PARTY CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, SUBSIDIARIES, OR AFFILIATES OF THAT PARTY WHICH ARE PUBLICLY HELD.

SEE ATTACHED


DATE: June 10, 2008

                                                SIGNATURE OF ATTORNEY
                                                JAMES P. KRAUZLIS (4972)

FORM SDNY-9

TRAVELERS PC GROUP
  Citicorp Assurance Co
  Citicorp Int'l Trade Indemnity
  First Floridian Auto & Home
  First Trenton Group

First Trenton Indemnity Co
Gulf Insurance Group
  Atlantic Insurance Company
  Gulf Group Lloyds
  Gulf Insurance Company
  Gulf Insurance Co (UK) Ltd
  Gulf Underwriters Ins Co
  Select Insurance Company
Premier Insurance Co of MA
Red Oak Insurance Company
TravCal Indemnity Company
TravCal Secure Insurance Co
Travelers Cas & Surety of Amer
Travelers Insurance Co
Travelers PC Pool
  Auto Ins Co of Hartford
  Charter Oak Fire Ins Co
  Farmington Casualty Company
  Phoenix Insurance Company
  Standard Fire Insurance Co
  TravCo Insurance Company
  Travelers Casualty & Surety Co
  Travelers Cas & Surety Co IL
  Travelers Casualty Co of CT
  Travelers Commercial Insurance
  Travelers Excess & Surp Lines
  Travelers Home and Marine
  Travelers Indemnity Co
  Travelers Indem Co of Amer
  Travelers Indem Co of CT
  Travelers Indem Co of IL
  Travelers Indem Co of MO
  Travelers Lloyds Ins Co
  Travelers Lloyds of Texas Ins
  Travelers Personal Security
  Travelers Prop Cas Ins Co
  Travelers Prop Cas Ins Co IL
Triton Insurance Company