UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ST. PAUL FIRE & MARINE INSURANCE COMPANY
a/s/o Movers, Inc.,

08 CV 5325

                              Plaintiffs,

**RULE 7.1(a)
DISCLOSURE
STATEMENT**

-     against -

DELTA AIR LINES, INC.

                              Defendant.
-----------------------------------------------------------------x

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for defendant, Delta Air Lines, Inc., certifies that the following are corporate parents, subsidiaries or affiliates of that party:

**SUBSIDIARIES OF DELTA AIR LINES, INC.**

Name of Subsidiary

ASA Holdings, Inc.

Comair Holdings, LLC

Comair, Inc.

Comair Services, Inc.

Crown Rooms, Inc.

DAL Global Services, LLC

Delta AirElite Business Jets, Inc.

DAL Moscow, Inc.

Delta Benefits Management, Inc.

Delta Connection Academy, Inc.

Delta Loyalty Management Services, LLC

Delta Technology, LLC

Epsilon Trading, LLC

Kappa Capital Management, LLC

Dated:    New York, New York
          June 25, 2008

        MOUND, COTTON, WOLLAN & GREENGRASS
        Attorneys for Defendant Delta Air Lines, Inc.

        By_____
        Francis A. Montbach (FAM9631)
        Michael L. Calder (MC2763)
        One Battery Park Plaza
        New York, NY  10004-1486
        (212) 804-4200