Form 27 - GENERAL PURPOSE

     **BADIAK & WILL, LLP**
     **ATTN:**
U.S.SOUTHERN COURT     NEW YORK   COUNTY
------------------------------------------------

|  |  |
|---|---|
| ST.PAUL FIRE AND MARINE INSURANCE    plaintiff<br>COMPANY A/S/O MOVER'S INC.<br>       - against -<br><br>DELTA AIR LINES, INC.              defendant | Index No. **08 CV 5325**<br><br>Date Filed .............<br><br>Office No.<br><br>Court Date:   /  / |

------------------------------------------------

    STATE OF NEW YORK, COUNTY OF NEW YORK       :SS:

**STEVE AVERY**     being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
    That on the  **19th  day of June, 2008**    at  **11:25 AM.**,      at
    **%CORP.SERVICES CO.80 STATE ST**
    **ALBANY, NY**
I served a true copy of the
    **SUMMONS AND COMPLAINT**

upon **DELTA AIR LINES, INC.**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
    **MAUREEN COGAN,   CLERK AUTHORIZED TO ACCEPT**

a true copy of each thereof.

    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
        SEX: **FEMALE**         COLOR: **WHITE**        HAIR: **BROWN**
        APP. AGE: **40**      APP. HT: **5:6**      APP. WT: **160**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
25th  day of  June, 2008ni


KENNETH WISSNER
Notary Public, State of New York
    No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

.................................
STEVE AVERY
AETNA   CENTRAL   JUDICIAL   SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3BWM134362

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

St. Paul Fire and Marine Insurance
Company a/s/o Mover's Inc.

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 08 Civ. 5825

Delta Air Lines, Inc.

TO: (Name and address of defendant)

Delta Air Lines, Inc.
LaGuardia Airport
Delta Air Line Flight Center
Flushing, New York  11371

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Badiak & Will, LLP
106 Third Street
Mineola, New York  11501
Attn.:  James P. Krauzlis, Esq.
Ref. No.:  07-F-042-JK

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

JUN 1 1 2008

CLERK

DATE

*Catherine Lapsley* (signature)

(BY) DEPUTY CLERK