UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

ST. PAUL FIRE AND MARINE INSURANCE
COMPANY a/s/o Movers, Inc.,

        08 Civ. 05325 (RPP)(AJP)

        Plaintiff,

        **NOTICE OF APPEARANCE**

-against-

DELTA AIRLINES, INC.,

        Defendant.

-----------------------------------------------------------------x

      Please enter the appearance of Michael L. Calder, Esq. of the firm Mound Cotton Wollan & Greengrass on behalf of defendant DELTA AIRLINES, INC.

Dated: New York, New York
       June 30, 2008

                        MOUND COTTON WOLLAN & GREENGRASS

                        By: _____

                        Michael L. Calder (MC2763)
                        One Battery Park Plaza
                        New York, New York 10004
                        (212) 804-4200

- 2 -

James P. Krauzlis, Esq.
BADIAK & WILL, LLP
106 3rd Street
Mineola, New York 11501
(516) 877-2225

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss:
COUNTY OF NEW YORK       )

**Gabrielle Forsyth**, being duly sworn, deposes and says:

Deponent is not a party to this action is over the age of 18 years and resides in Richmond County, New York.

On the 30th day of June, 2008, deponent served the **NOTICE OF APPEARANCE** upon:

JAMES P. KRAUZLIS, ESQ.
BADIAK & WILL, LLP
Attorneys for Plaintiff
106 3rd Street
Mineola, NY  11501

at the address designated by said attorney for that purpose, by depositing the same, via the courts ECF system.

_____
Gabrielle Forsyth

Sworn to before me this
30th day of June, 2008

_____
NOTARY PUBLIC

KEVIN J. BRASSIL
Notary Public, State of New York
No. 31-5018311
Qualified in New York County
Certificate Filed in New York County
Commission Expires Sept. 27, 20___