BADIAK & WILL, LLP
Attorneys for Plaintiff
106 Third Street
Mineola, New York 11501-4404
(516) 877-2225
Our Ref.: 07-F-042-JPK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ST. PAUL FIRE & MARINE INSURANCE
COMPANY a/s/o Movers, Inc.,        08 CV 5325 (RPP)

        Plaintiff,

                              **STIPULATION** AND ORDER

-against-

DELTA AIR LINES, INC.,

        Defendant.
------------------------------------------------------------X

    **IT IS HEREBY STIPULATED AND AGREED**, by the above parties, through their attorneys that Plaintiff's time to amended the complaint so as to add additional claims against DELTA AIR LINES, INC., is extended up to and including July 31, 2008.

DATED:    New York, New York
               July 14, 2008

| BADIAK & WILL, LLP<br>Attorneys for Plaintiff | MOUND COTTON WOLLAN &<br>GREENGRASS |
|---|---|
| By: _____<br>JAMES P. KRAUZLIS (JPK-4972)<br>106 Third Street<br>Mineola, New York 11501-4404<br>(516) 877-2225<br>Our Ref.: 07-F-042-JPK | By: _____<br>FRANCIS A. MONTBACH (FAM-9631)<br>MICHAEL L. CALDER (MC-2763)<br>One Battery Park Plaza<br>New York, New York 10004<br>(212) 804-4200 |

SO ORDERED: July 15, 2008

_____
U.S.D.J.